**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1390**

ROBERT MCBRIDE,

　　　　　Plaintiff - Appellant,

　　　v.

FRANK DUNN, Vice President Tidewater Community College (TCC);
BETTY CREDLE, Media Specialist II TCC,

　　　　　Defendants - Appellees,

　　　and

TIDEWATER COMMUNITY COLLEGE,

　　　　　Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:07-cv-00331-RBS-JEB)

Submitted:  August 20, 2008　　　Decided:  September 17, 2008

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert McBride, Appellant Pro Se.  Gregory Clayton Fleming, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert McBride appeals the district court's order granting summary judgment to Defendants in this action alleging employment discrimination.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  McBride v. Dunn, No. 2:07-cv-00331-RBS-JEB (E.D. Va. Mar. 4, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED